THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMULAN CAPITAL 2603 ELM, LLC, a corporation doing business in Washington State,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation doing business in Washington,<br><br>Defendant. | CASE NO: No. 2:25-cv-01208-BJR<br><br>**STIPULATED MOTION AND ORDER EXTENDING DISCOVERY-RELATED DEADLINE** |

The parties in this matter stipulate and agree to move the Court for 60-day extension of the discovery deadline from December 17, 2025, to February 17, 2026, to conduct additional discovery. The parties are currently working towards settlement; however, both parties wish to conduct additional depositions that will help facilitate the settlement process. Currently, counsel for Plaintiffs is seeking depositions for three individuals, and counsel for Defense is seeking depositions for six individuals. Both parties agree that an extension of this discovery deadline will help provide the time needed for these depositions to occur.

The parties have exchanged initial disclosures and discovery responses, disclosed expert witnesses, and they are proceeding with diligence to schedule and complete discovery depositions stated above, in order to provide a fuller record of discovery.

The proposed amendments do not require moving the trial date. This short 60-day extension will not prejudice either Plaintiff nor Defendant in this matter. The undersigned counsel

STIPULATED MOTION AND ORDER EXTENDING
DISCOVERY-RELATED DEADLINE– 1
CASE NO: 2:25-cv-01208-BJR

**POLI, MOON & ZANE, PLLC**
720 Seneca St. Ste 107,
Seattle, WA 98101
602-857-8180

jointly concluded that the current discovery deadline would need to be rescheduled, due to the need to conduct further depositions in this matter.

The parties currently do not anticipate a need for continuance of any other deadlines in this matter, and the proposed amendment does not require moving the trial date. Therefore, the parties respectfully move this Court for, and propose entry of only the following amended deadline:

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of Discovery Deadline | December 17, 2025 | February 17, 2026 |

All other deadlines shall remain as identified in Dkt. No. 17 for Expert Related Deadlines, and Dkt. No. 13 for all other deadlines.

DATED this 16th day of December

KS LAWYERS, PLLC

*s/ Patrick W. Harwood*
Patrick W. Harwood, WSBA 30522
KS Lawyers, PLLC
108 N. Washington St., Ste. 201
Spokane, WA 99201
Phone: (509) 455-3647
Email: pharwood@ks-lawyers.com
*Attorneys for Defendant*

and

POLI MOON & ZANE, PLLC

*s/ Maxim Poudrier-Tudan*
Jeffrey G. Zane, WSBA #62691
Michael N. Poli, WSBA #63619
Maxim Poudrier-Tudan, WSBA #60213
720 Seneca Street, Suite 107
Seattle, Washington 98101
Tel. 206-704-5653
jzane@pmzlaw.com
mpoli@pmzlaw.com
maxim@pmzlaw.com
*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER EXTENDING
DISCOVERY-RELATED DEADLINE– 2
CASE NO: 2:25-cv-01208-BJR

**POLI, MOON & ZANE, PLLC**
720 Seneca St. Ste 107,
Seattle, WA 98101
602-857-8180

**ORDER**

Pursuant to the foregoing stipulation of the parties, the deadline for Discovery completion is extended to February 17, 2026. All other deadlines will remain as ordered.

IT IS SO ORDERED.

Dated this 17th day of December 2025.

*Barbara J. Rothstein*
THE HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

STIPULATED MOTION AND ORDER EXTENDING
DISCOVERY-RELATED DEADLINE– 3
CASE NO: 2:25-cv-01208-BJR

**POLI, MOON & ZANE, PLLC**
720 Seneca St. Ste 107,
Seattle, WA 98101
602-857-8180

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing ***STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DISCOVERY-RELATED DEADLINE*** on the following individuals in the manner indicated:

KS LAWYERS, PLLC

Patrick W. Harwood, WSBA 30522
KS Lawyers, PLLC
108 N. Washington St., Ste. 201
Spokane, WA 99201
Phone: (509) 455-3647
Fax: (509) 624-2081
Email: pharwood@ks-lawyers.com
*Attorneys for Defendant*

Via Electronic Service Agreement

**SIGNED** this 16th day of December, 2025, at Vancouver, Washington.

*/s/ DeAndra Macheras*
DeAndra Macheras, Paralegal

STIPULATED MOTION AND ORDER EXTENDING
DISCOVERY-RELATED DEADLINE– 4
CASE NO: 2:25-cv-01208-BJR

**POLI, MOON & ZANE, PLLC**
720 Seneca St. Ste 107,
Seattle, WA 98101
602-857-8180